✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.    7:14-CR-00048-007 (HL) |
| **JAMES WATERS** | |

James Waters was sentenced to 60 months in Bureau of Prisons custody and 36 months of supervised release on January 13, 2016, after pleading guilty to the offense of Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base. Waters has complied with all conditions of supervision. He has maintained suitable housing and employment. He has had no new arrests/convictions. There is neither identifiable risk to a particular victim/individual nor risk to public safety. The special assessment has been satisfied. It is accordingly recommended that Waters be discharged from supervision.

Respectfully submitted,

*William J. Lee*

William J. Lee
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this    19th    day of    October    , 2021.

s/Hugh Lawson

HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE